IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SUZETTE M. SALVA,<br><br>**Plaintiff(s)**<br><br>v.<br><br>CORPORATE REALTY SERVICES, INC., <u>et al.</u>,<br><br>**Defendant(s)** | **CIVIL NO**. 98-1291 (JAG) |

**DEFAULT JUDGMENT**

In accordance with the order issued today, the Court hereby enters judgment in default awarding plaintiff damages in the amount of $77,050.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 4th day of January 2006.

<u>S/Jay A. Garcia-Gregory</u>
JAY A. GARCIA-GREGORY
United States District Judge